| Return | | |
|---|---|---|
| Case No.: 18-SW-00448-LMC | Date and time warrant executed: 12-18-2018 4:30pm | Copy of warrant and inventory left with: in plain view at residence |
| Inventory made in the presence of: FBI Evidence Response Team | | |

Inventory of the property taken and name of any person(s) seized:

See attached

Nothing Follows

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12-28-2018

Trisha McCormick
*Executing officer's signature*

FBI Special Agent Trisha McCormick
*Printed name and title*

| Item # | Type | Collected On | Description    FBI # 281C-KC-3023430    Court Case No. 18-SW-00448-LMC |
|---|---|---|---|
| 1B90 | Digital | 12/18/2018 1:00 | (U) TracFone Wireless cell phoneModel:  A405DL |
| 1B89 | Digital | 12/18/2018 21:57 | (U) NIGHT OWL 3.0, 3 POWER CORDS |
| 1B88 | Digital | 12/18/2018 21:57 | (U) NIGHT OWL 3.0 |
| 1B82 | Digital | 12/18/2018 21:57 | (U) SAMSUNG MODEL S/N: 103NU (TABLET) |
| 1B50 | Digital | 12/18/2018 21:57 | (U) SAMSUNG FLIP PHONE, MODEL: SPH-M300, FCCID: A3L5PHM300 |
| 1B49 | Digital | 12/18/2018 21:57 | (U) LG CELL PHONE WITH CRACKED SCREEN, MODEL: LM-X210MA, S/N: 809CYPY895184, IMEI: 357093098951845 |
| 1B48 | Digital | 12/18/2018 21:57 | (U) LG CELL PHONE, MODEL: SP200, MEID DEC: 089086362500156809 |
| 1B47 | Digital | 12/18/2018 21:57 | (U) SANYO FLIP PHONE, MODEL: 5CP3810, FCC ID: V65SCP-3810, DEC: 268435457803 178 304 |
| 1B46 | Digital | 12/18/2018 21:57 | (U) MOTOROLA CELL PHONE, MODEL: XT1921-3, IMEI: 351841092371683 |
| 1B37 | Digital | 12/18/2018 21:57 | (U) LG CELL PHONE (GOLD), MODEL # LGTSP200, S/N: 806VTTD0964481 |
| 1B29 | Digital | 12/18/2018 21:57 | (U) GRAY CELLPHONE, MODEL:N9560, S/N: 320284511764 |
| 1B28 | Digital | 12/18/2018 21:57 | (U) BLACK MOTTO CELL PHONE, NO  MARKINGS, MODEL: XT1766, FCCID:IHDTS6WC3 |
| 1B27 | Digital | 12/18/2018 21:57 | (U) BLACK LG CELLPHONE MARKINGS REMOVED |
| 1B15 | Digital | 12/18/2018 21:57 | (U) SAMSUNG GALAXY S7, SM-G930T FCCID A3LSM6930US, IMEI 359755078737109 |
| 1B14 | Digital | 12/18/2018 21:57 | (U) BLACK AND GOLD LG CELL PHONE, MODEL #: LG-SP200, S/N 807VTKE1188053 |
| 1B11 | Digital | 12/18/2018 21:57 | (U) LG-SP200 CELL PHONE, S/N 806VTZC0882301, GOLD CASE |
| 1B85 | Drugs | 12/18/2018 21:57 | (U) PILL BOTTLE CONTAINING 25 UNKNOWN WHITE COLORED PILLS MARKED "1P189".  PREPACKAGED WEIGHT OF 40.1 GRAMS.  TOTAL PACKAGED WEIGHT OF 71.1 GRAMS.  TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B68 | Drugs | 12/18/2018 21:57 | (U) PILL BOTTLE CONTAINING CLEAR BAG OF WHAT APPEARED TO BE WHITE POWDERY SUBSTANCE IN THE FIELD.  UPON REVIEW OF ITEM IN ECR DISCOVERED SUBSTANCE IS ACTUALLY UNKNOWN WHITE PILLS.  PREPACKAGED WEIGHT OF 18.3 GRAMS WITH A TOTAL PACKAGED WEIGHT OF 60.4 GRAMS. |
| 1B67 | Drugs | 12/18/2018 21:57 | (U) WHITE SUBSTANCE SUSPECTED TO BE COCAINE.  PREPACKAGED WEIGHT OF 18.1 GRAMS.  TOTAL PACKAGED WEIGHT OF 49 GRAMS.  FIELD TESTED POSITIVE FOR COCAINE.  TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B58 | Drugs | 12/18/2018 21:57 | (U) GREEN LEAFY SUBSTANCE SUSPECTED TO BE MARIJUANA IN CLEAR PLASTIC CUP.  PREPACKAGED WEIGHT OF 47.6 GRAMS.  TOTAL PACKAGED WEIGHT OF 78.3 GRAMS.  FIELD TESTED POSITIVE FOR MARIJUANA.  TRANSPORT 302 - 281C-KC-3023530 - 32. |

| Item # | Type | Collected On | Description     FBI # 281C-KC-3023430     Court Case No. 18-SW-00448-LMC |
|---|---|---|---|
| 1B56 | Drugs | 12/18/2018 21:57 | (U) WHITE SUBSTANCE SUSPECTED TO BE COCAINE. PREPACKAGED WEIGHT OF 52.8 GRAMS. TOTAL PACKAGED WEIGHT OF 83.6 GRAMS. FIELD TESTED POSITIVE FOR CRACK COCAINE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B44 | Drugs | 12/18/2018 21:57 | (U) ESCALI BLUE WEIGHING SCALE WITH SUSPECTED UNKNOWN TRACE RESIDUE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B42 | Drugs | 12/18/2018 21:57 | (U) 1 FUZIEN SCALE GRAY COLOR WITH SUSPECTED UNKNOWN TRACE RESIDUE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B41 | Drugs | 12/18/2018 21:57 | (U) 85 ORANGE/RED COLORED UNKNOWN PILLS WITH IMPRINT 51. PREPACKAGED WEIGHT OF 30.6 GRAMS. TOTAL PACKAGE WEIGHT OF 53.8 GRAMS. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B40 | Drugs | 12/18/2018 21:57 | (U) BAGGIE OF WHITE UNKNOWN POWDER AND SPOON. PREPACKAGED WEIGHT OF 21.2 GRAMS. TOTAL PACKAGE WEIGHT OF 78.7 GRAMS. FIELD TESTED NEGATIVE FOR COCAINE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B36 | Drugs | 12/18/2018 21:57 | (U) 2 CLEAR BAGS WITH GREEN LEAFY SUBSTANCE SUSPECTED TO BE MARIJUANA. PREPACKAGED WEIGHT OF 32.8 GRAMS. TOTAL PACKAGED WEIGHT OF 114.5 GRAMS. FIELD TESTED POSITIVE FOR MARIJUANA. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B35 | Drugs | 12/18/2018 21:57 | (U) METAL GRINDER CONTAINING GREEN SUBSTANCE SUSPECTED TO BE MARIJUANA TRACE RESIDUE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B34 | Drugs | 12/18/2018 21:57 | (U) COCA COLA TRAY WITH LOOSE GREEN LEAFY SUBSTANCE AND ROLLED PAPER SUSPECTED TO BE MARIJUANA TRACE RESIDUE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B26 | Drugs | 12/18/2018 21:57 | (U) MULTICOLOR SEQUIN BAG WITH CIGARETTE PAPER, SUSPECTED UNKNOWN TRACE RESIDUE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B25 | Drugs | 12/18/2018 21:57 | (U) BLACK AND BLUE CASE WITH UNKNOWN PILLS. PREPACKAGED WEIGHT OF 74.3 GRAMS. TOTAL PACKAGED WEIGHT OF 114 GRAMS. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B24 | Drugs | 12/18/2018 21:57 | (U) GREEN LEAFY SUBSTANCE IN PLASTIC BAG SUSPECTED TO BE MARIJUANA. PREPACKAGED WEIGHT OF 20.5 GRAMS. TOTAL PACKAGED WEIGHT OF 70.5 GRAMS. FIELD TESTED POSITIVE. TRANSPORT 302 - 281C-KC-3023530 - 32. |

| Item # | Type | Collected On | Description  FBI # 281C-KC-3023430  Court Case No. 18-SW-00448-LMC |
|---|---|---|---|
| 1B21 | Drugs | 12/18/2018 21:57 | (U) PLASTIC BAG WITH MARKING "PLEASE RECYCLE THIS BAG" CONTAINING (ZIPLOCK W/ PINK TOP) BAGGIE OF CRYSTAL SUBSTANCE SUSPECTED TO BE METHAMPHETAMINE. PREPACKAGED WEIGHT OF 296.7 GRAMS. TOTAL PACKAGE WEIGHT OF 320.9 GRAMS. FDIN - 2018747517. FIELD TESTED POSITIVE FOR METHAMPHETAMINE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B20 | Drugs | 12/18/2018 21:57 | (U) ROLLED CIGARETTE SUSPECTED TO CONTAIN MARIJUANA. PREPACKAGED WEIGHT OF 1.1 GRAMS. TOTAL PACKAGE WEIGHT OF 24.2 GRAMS. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B19 | Drugs | 12/18/2018 21:57 | (U) BLACK BOX CONTAINING SUSPECTED COCAINE. PREPACKAGED WEIGHT OF SUSPECTED COCAINE ALONE - 878.1 GRAMS. TOTAL PACKAGE WEIGHT OF 2407.7 GRAMS. FDIN - 2018747504. FIELD TESTED POSITIVE FOR COCAINE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B9 | Drugs | 12/18/2018 21:57 | (U) CRYSTAL-LIKE SUBSTANCE SUSPECTED TO BE METHAMPHETAMINE IN CLEAR PLASTIC BAG. PREPACKAGED WEIGHT OF 53.3 GRAMS WITH A TOTAL PACKAGE WEIGHT OF 84.2 GRAMS. FIELD TESTED POSITIVE FOR METHAMPHETAMINE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B6 | Drugs | 12/18/2018 21:57 | (U) 8 MINI DIGITAL SCALES, SUSPECTED UNKNOWN TRACE RESIDUE. TRANSPORT 302 - 281C-KC-3023530 - 32. |
| 1B91 | Firearms | 12/18/2018 1:00 | (U) Glock 15 round capacity magazine containing: 12 Winchester 9 MM Luger rounds |
| 1B87 | Firearms | 12/18/2018 21:57 | (U) SHELL CASINGS |
| 1B86 | Firearms | 12/18/2018 21:57 | (U) SHELL CASINGS, COUNTED 20, POSSIBLE LATENTS |
| 1B84 | Firearms | 12/18/2018 21:57 | (U) BAG OF LIVE AMMUNITION |
| 1B83 | Firearms | 12/18/2018 21:57 | (U) FIREARM - MAKE AND MODEL OBLITERATED, S/N: H380221 20 GAUGE. ATF - T20180440277. CLEARED BY ARCH GOTHARD. |
| 1B81 | Firearms | 12/18/2018 21:57 | (U) STAG ARMS, MODEL: STAG-15, S/N: 64773 223 AR15 PISTOL SEMI AUTOMATIC. ATF - T20180440271. CLEARED BY DAMIAN MARTINEZ. |
| 1B80 | Firearms | 12/18/2018 21:57 | (U) AMERICAN TACTICAL IMPORTS, MODEL: OMNI HYBRID MULTI-CAL, S/N: N5167731 RIFLE AR15, 223. ATF - T20180440269. CLEARED BY DAMIAN MARTINEZ. |
| 1B79 | Firearms | 12/18/2018 21:57 | (U) CAI - CENTURY ARMS INTERNATIONAL, MODEL: M85NP, S/N: M85-NP009591 7.62 X 39 PISTOL CENTURY ARMS. ATF - T20180440268. CLEARED BY DAMIAN MARTINEZ. |
| 1B78 | Firearms | 12/18/2018 21:57 | (U) PLASTIC BOX WITH 25 ROUNDS, 2 BOXES 45 CAL |
| 1B77 | Firearms | 12/18/2018 21:57 | (U) ONE 9MM DRUM MAGAZINE WITH ROUNDS |

| Item # | Type | Collected On | Description    FBI # 281C-KC-3023430    Court Case No. 18-SW-00448-LMC |
|---|---|---|---|
| 1B76 | Firearms | 12/18/2018 21:57 | (U) CAI - CENTURY ARMS INTERNATIONAL, GEORGIA, VT, MODEL: M92PV, S/N: M92PV029294, AK15 PISTOL CALIBER 7.62 X 39.  ATF - T20180440259.  CLEARED BY DAMIAN MARTINEZ. |
| 1B75 | Firearms | 12/18/2018 21:57 | (U) 19MM MAGAZINE, 1.223 DRUM MAGAZINE BOTH WITH AMMO |
| 1B74 | Firearms | 12/18/2018 21:57 | (U) (4) 12 GA SHELLS FROM ITEM 63 |
| 1B73 | Firearms | 12/18/2018 21:57 | (U) WINCHESTER 1200, S/N: 3815 12 GAUGE SHOT GUN.  ATF - T20180440251.  CLEARED BY DAMIAN MARTINEZ. |
| 1B72 | Firearms | 12/18/2018 21:57 | (U) MAVERICK 88, S/N: MV0105656 BY MOSSBERG MODEL 88 12 GA.  ATF - T20180440248.  CLEARED BY AUSTIN MCKUNE. |
| 1B71 | Firearms | 12/18/2018 21:57 | (U) MAG WITH AMMO, ROUND FROM CHAMBER FROM ITEM 59 |
| 1B70 | Firearms | 12/18/2018 21:57 | (U) GLOCK 20, S/N: BDDK234 10MM PISTOL.  ATF - T20180440243.  CLEARED BY DAMIAN MARTINEZ. |
| 1B69 | Firearms | 12/18/2018 21:57 | (U) TAURUS PT111G2, S/N: TKN19799 9MM PISTOL.  ATF - T20180440240.  CLEARED BY DAMIAN MARTINEZ. |
| 1B66 | Firearms | 12/18/2018 21:57 | (U) MAG WITH AMMO ROUND FROM CHAMBER FROM ITEM 55 |
| 1B65 | Firearms | 12/18/2018 21:57 | (U) GLOCK 22, S/N: RMX867 PISTOL 40 CALIBER.  ATF - T20180440231.  CLEARED BY DAMIAN MARTINEZ. |
| 1B64 | Firearms | 12/18/2018 21:57 | (U) ONE MAGAZINE FOR THE SMITH AND WESSON WITH 11 LIVE 40 SW ROUNDS, ONE LIVE 40 SW ROUND, FROM ITEM 53 |
| 1B63 | Firearms | 12/18/2018 21:57 | (U) SMITH AND WESSON SD40VE, S/N: HEY3705 (MAGAZINE SEPERATE) PISTOL - 40 CALIBER.  ATF - T20180440229.  CLEARED BY AUSTIN MCKUNE. |
| 1B62 | Firearms | 12/18/2018 21:57 | (U) MAG WITH AMMO, NO ROUND IN CHAMBER, FROM ITEM 51 |
| 1B61 | Firearms | 12/18/2018 21:57 | (U) TAURUS 24/7G2, S/N: THP36424 9MM PISTOL.  ATF - T20180440216.  CLEARED BY DAMIAN MARTINEZ. |
| 1B60 | Firearms | 12/18/2018 21:57 | (U) EXPANDED MAG, AMMO IN MAG, ROUND FROM CHAMBER FROM ITEM 49 |
| 1B59 | Firearms | 12/18/2018 21:57 | (U) UNKNOWN MANUFACTURER POSSIBLY BCP SHADOW 15, S/N: SDW-00160 JACKSONVILLE,FL,SHADOW - 15 CAL MULTI  223.  ATF - T20180440208.  CLEARED BY DAMIAN MARTINEZ. |
| 1B55 | Firearms | 12/18/2018 21:57 | (U) 4 ROUNDS OF 5.56/.223, 3 ROUNDS OF .40 CAL, 12 ROUNDS OF 9MM |
| 1B54 | Firearms | 12/18/2018 21:57 | (U) 2 HEAT SEALED PLASTIC BAGS, 1 ZIPLOCK GALLON BAG, 1 BLACK HOLSTER, 1 GLOCK MAG, 1 GLOCK MAG WITH 12 LIVE .40 ROUNDS, BLACK 5.56 MAG |

| Item # | Type | Collected On | Description         FBI # 281C-KC-3023430         Court Case No. 18-SW-00448-LMC |
|---|---|---|---|
| 1B53 | Firearms | 12/18/2018 21:57 | (U) MAGAZINE WITH 6 LIVE ROUNDS OF 9MM AND ONE LIVE ROUND 9MM IN CHAMBER, FROM ITEM 42 |
| 1B52 | Firearms | 12/18/2018 21:57 | (U) RUGER EC9S PISTOL S/N 455-03954 PISTOL PRESCOTT.AZ.USA - 9MM.  ATF - T20180440196.  CLEARED BY AUSTIN MCKUNE |
| 1B51 | Firearms | 12/18/2018 21:57 | (U) 15 ROUND CAPACITY GLOCK MAGAZINE WITH ELEVEN ROUNDS COUNTED |
| 1B45 | Firearms | 12/18/2018 21:57 | (U) BLACK EXTENDED 9MM MAGAZINE, 27 ROUNDS |
| 1B39 | Firearms | 12/18/2018 21:57 | (U) MAGAZINE WITH 10 LIVE ROUNDS OF 9MM AMMUNITION, 1 LIVE 9MM ROUND IN CHAMBER, FROM ITEM 30. |
| 1B38 | Firearms | 12/18/2018 21:57 | (U) TAURUS INTERNATIONAL MODEL: PT111G2, 9MM S/N: TLS49750; A PISTOL.  ATF - T20180440190.  CLEARED BY AUSTIN MCKUNE. |
| 1B33 | Firearms | 12/18/2018 21:57 | (U) MAGAZINE AMMO, ROUND FROM CHAMBER FROM ITEM 26 |
| 1B32 | Firearms | 12/18/2018 21:57 | (U) SMITH AND WESSON, MODEL SW40VE, S/N: DWV7530 40, PISTOL.  ATF - T20180440175.  MADE SAFE BY DAMIAN MARTINEZ. |
| 1B31 | Firearms | 12/18/2018 21:57 | (U) SHOTGUN SHELLS FROM MAG TUBE, FROM EXTRA SHELL CARRIER, FROM CHAMBER FROM ITEM 21 |
| 1B30 | Firearms | 12/18/2018 21:57 | (U) MOSSBERG, MODEL: 500, S/N: U117427  12 GAUGE SHOTGUN.  ATF - T20180440168.  CLEARED BY ARCH GOTHARD. |
| 1B23 | Firearms | 12/18/2018 21:57 | (U) 50 ROUND MAGAZINE AND ROUND IN THE CHAMBER; FROM ITEM 15 |
| 1B22 | Firearms | 12/18/2018 21:57 | (U) GLOCK, MODEL: 22, S/N: BHAK692 40 CALIBER HAND GUN 40 CALIBER MADE IN AUSTRIA.  ATF - T20180440160.  CLEARED BY ARCH GOTHARD. |
| 1B18 | Firearms | 12/18/2018 21:57 | (U) SMITH AND WESSON MAGAZINE AND LIVE ROUND FROM CHAMBER; FROM ITEM 12 |
| 1B17 | Firearms | 12/18/2018 21:57 | (U) SMITH AND WESSON, MODEL: SD9BE, S/N HEB0953 PISTOL 9MM.  ATF - T20180440156.  CLEARED BY ARCH GOTHARD. |
| 1B16 | Firearms | 12/18/2018 21:57 | (U) MASTERPIECE ARMS, S/N F15965, 9MM, MODEL POSSIBLY UZI, PISTOL.  ATF - T20180440150.  CLEARED BY AUSTIN MCKUNE. |
| 1B13 | Firearms | 12/18/2018 21:57 | (U) PLANO PLASTIC TUB CONTAINING LIVE ROUNDS |
| 1B12 | Firearms | 12/18/2018 21:57 | (U) GLOCK 19, S/N ACHY981 9MM, PISTOL, ATF - T20180440143.  CLEARED BY DAMIAN MARTINEZ. |
| 1B10 | Firearms | 12/18/2018 21:57 | (U) 2 GLOCK 9MM MAGAZINES |
| 1B43 | General | 12/18/2018 21:57 | (U) DRUG LEDGER |
| 1B8 | General | 12/18/2018 21:57 | (U) STORAGE MART RECEIPT |

| Item # | Type | Collected On | Description     FBI # 281C-KC-3023430     Court Case No. 18-SW-00448-LMC |
|---|---|---|---|
| 1B7 | General | 12/18/2018 21:57 | (U) PURPLE NOTEBOOK AND SEPARATE SHEET OF PAPER; BOTH APPARENT DRUG LEDGERS |
| 1B57 | Valuables | 12/18/2018 21:57 | (U) US CURRENCY TOTALING $810 WITH DENOMINATIONS OF 16 X $50 AND 1 X $10. |
| 1B5 | Valuables | 12/18/2018 19:32 | (U) US currency totaling $50 with a denomination of 1 x $50. Separated from item #25 - green zippered bag with US currency, per case agent request as suspected counterfeit bill. |
| 1B4 | Valuables | 12/18/2018 19:32 | (U) US currency totaling $31, 515 with denominations of 146 x $100, 16 x $50, 687 x $20, 139 x $10, 161 x $5, 6 x $2, and 168 x $1. US currency maintained in green zippered bag with rubber bands as found, per case agent request. |
| 1B3 | Valuables | 12/18/2018 19:32 | (U) Bank of America, Visa temporary debit card in the name of "Valued Customer" with card number ending in "6699". Found in item #24 - black Victoria Secret pouch containing US currency. |
| 1B2 | Valuables | 12/18/2018 19:32 | (U) US currency totaling $1,129 with denominations of 3x $100, 1x $50, 36 x $20, 3 x $10, 5 x $5, and 4 x $1. US currency maintained in black zippered Victoria's Secret pouch with rubber bands and rolling papers as found, per case agent request. |
| 1B1 | Valuables | 12/18/2018 19:32 | (U) US Currency totaling $627 with denominations of 5 x $100, 6 x $20, and 7 x $1. One of the one dollar bills is ripped with over 51% of the bill remaining. |